## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-04918-PSH |
| | § | |
| ROBERTO GUERRERO | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 02/07/2012, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   01/09/2012                    By:   /s/ David P. Leibowitz
                                                    (Trustee)


David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085


**UST-Form 101-7-NFR (5/1/2011)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-04918-PSH |
| | § | |
| ROBERTO GUERRERO | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $2,350.02
*and approved disbursements of*          $14.74
*leaving a balance on hand of[1]:*          $2,335.28

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:      $0.00
Remaining balance:      $2,335.28

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $587.51 | $0.00 | $587.51 |
| David P. Leibowitz, Trustee Expenses | $20.82 | $0.00 | $20.82 |

Total to be paid for chapter 7 administrative expenses:      $608.33
Remaining balance:      $1,726.95

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:      $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Remaining balance:                    $1,726.95

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:                    $0.00
Remaining balance:                    $1,726.95

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,080.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | $3,687.26 | $0.00 | $1,253.43 |
| 2 | Dell Financial Services L.L.C. | $1,392.96 | $0.00 | $473.52 |

Total to be paid to timely general unsecured claims:                    $1,726.95
Remaining balance:                    $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:                    $0.00
Remaining balance:                    $0.00

**UST-Form 101-7-NFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 11-04918-PSH
Roberto Guerrero                                                               Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: preed              Page 1 of 2         Date Rcvd: Jan 10, 2012
                             Form ID: pdf006          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2012.
db        +Roberto Guerrero,   29 W. 32nd Street,   Steger, IL 60475-1010
16790343   Aqua Finance, Inc,   Bankruptcy Department,   PO Box 101928,   Birmingham, AL  35210-6928
16790344  +Capital One,   Attn Bankruptcy Dept,   P O Box 85167,   Richmond, VA 23285-5167
17230788   Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 248839,
             Oklahoma City, OK  73124-8839
16790342  +Chicago Legal LLC,   3833 S Harlem Ave,   Berwyn, IL 60402-3925
16790347  +GMAC,   PO Box 769,   Orland Park, IL 60462-0769
16790341  +Guerrero Roberto,   29 W 32nd Street,   Steger, IL 60475-1010
16790348   Home Depot Credit Services,   P O Box 653000,   Dallas, TX  75265-3000
16790350   Sears,   P O Box 6282,   Sioux Falls, SD  57117-6282
16790351  +Webbanks,   Dell Preferred,   PO Box 81585,   Austin, TX 78708-1585
16790352  +Wells Fargo,   P O Box 29704,   Phoenix, AZ 85038-9704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16790345   E-mail/Text: BK.Notifications@jpmchase.com Jan 11 2012 03:08:15     Chase Auto Finance,
             National Recovery Group,   P O Box 29505,   Phoenix, AZ  85038-9505
17301351   E-mail/Text: resurgentbknotifications@resurgent.com Jan 11 2012 03:06:43
             Dell Financial Services L.L.C.,   c/o Resurgent Capital Services,   PO Box 10390,
             Greenville, SC 29603-0390
16790346   E-mail/Text: bknotice@erccollections.com Jan 11 2012 04:37:24     Enhanced Recovery Corp,
             Collection For Sprint,   8014 Bayberry Rd,   Jacksonville, FL  32256-7412
                                                                            TOTAL: 3

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16790349   ##+Menards,   Retail Services,   P O Box 15521,   Wilmington, DE 19850-5521
                                                                            TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2012**                    **Signature:**   _Joseph Speetjens_

District/off: 0752-1          User: preed              Page 2 of 2              Date Rcvd: Jan 10, 2012
                             Form ID: pdf006          Total Noticed: 14

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2012 at the address(es) listed below:
          David P Leibowitz    dleibowitz@lakelaw.com,
          il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          George D Lattas    on behalf of Debtor Roberto Guerrero gdl@lattaslaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Rachael A Stokas    on behalf of Creditor  WELLS FARGO BANK, N.A. ND-Two@il.cslegal.com
                                                                              TOTAL: 4