UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 11-04918-PSH
§
ROBERTO GUERRERO §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $104,395.00 | Assets Exempt: | $502,625.00 |
| Total Distributions to Claimants: | $1,726.95 | Claims Discharged Without Payment: | $10,692.62 |
| Total Expenses of Administration: | $623.07 | | |

3) Total gross receipts of $2,350.02 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $2,350.02 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $147,155.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $623.07 | $623.07 | $623.07 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $10,161.35 | $5,080.22 | $5,080.22 | $1,726.95 |
| **Total Disbursements** | $157,316.35 | $5,703.29 | $5,703.29 | $2,350.02 |

4). This case was originally filed under chapter 7 on 02/09/2011. The case was pending for 15 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/29/2012        By:  /s/ David P. Leibowitz
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2010 Anticipated Tax Refund | 1224-000 | $2,350.00 |
| Interest Asset | 1270-000 | $0.02 |
| **TOTAL GROSS RECEIPTS** | | **$2,350.02** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Auto Finance | 4110-000 | $7,431.00 | NA | $0.00 | $0.00 |
| | GMAC | 4110-000 | $9,888.00 | NA | $0.00 | $0.00 |
| | Wells Fargo | 4110-000 | $129,836.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$147,155.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $587.51 | $587.51 | $587.51 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $20.82 | $20.82 | $20.82 |
| Green Bank | 2600-000 | NA | $14.74 | $14.74 | $14.74 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$623.07** | **$623.07** | **$623.07** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | $2,822.00 | $3,687.26 | $3,687.26 | $1,253.43 |
| 2 | Dell Financial Services L.L.C. | 7100-000 | NA | $1,392.96 | $1,392.96 | $473.52 |
| | Aqua Finance, Inc | 7100-000 | $2,513.00 | NA | NA | $0.00 |
| | Enhanced Recovery Corp | 7100-000 | $439.00 | NA | NA | $0.00 |
| | Home Depot Credit Services | 7100-000 | $796.00 | NA | NA | $0.00 |
| | Menards | 7100-000 | $1,122.00 | NA | NA | $0.00 |
| | Sears | 7100-000 | $1,142.00 | NA | NA | $0.00 |
| | Webbanks | 7100-000 | $1,327.35 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $10,161.35 | $5,080.22 | $5,080.22 | $1,726.95 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1**

Page No: 1

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 11-04918-PSH | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | GUERRERO, ROBERTO | | **Date Filed (f) or Converted (c):** | 02/09/2011 (f) |
| **For the Period Ending:** | 5/29/2012 | | **§341(a) Meeting Date:** | 03/29/2011 |
| | | | **Claims Bar Date:** | 07/19/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Single Family Residence 29 W 32nd St Steger, IL 60475 | $105,000.00 | $0.00 | DA | $0.00 | FA |
| 2  Checking & Savings Account with Charter One | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 3  Furniture and Appliances | $800.00 | $0.00 | DA | $0.00 | FA |
| 4  Necessary Wearing Apparel | $500.00 | $0.00 | DA | $0.00 | FA |
| 5  Term Life Insurance with Primerica | $480,000.00 | $0.00 | DA | $0.00 | FA |
| 6  IRA | $1,200.00 | $0.00 | DA | $0.00 | FA |
| 7  2010 Anticipated Tax Refund (u) | $4,570.00 | $2,370.00 | DA | $2,350.00 | FA |
| 8  1/2 Interest in 2008 Chevy Cobalt with 30,000 miles | $5,800.00 | $0.00 | DA | $0.00 | FA |
| 9  1999 Chevrolet Silverado with 155,000 miles. | $1,925.00 | $0.00 | DA | $0.00 | FA |
| 10  2008 Mitsubishi Lancer with 26,000 miles | $6,225.00 | $0.00 | DA | $0.00 | FA |
| INT  Interest Asset | Unknown | Unknown | DA | $0.02 | FA |

**TOTALS (Excluding unknown value)**                          **Gross Value of Remaining Assets**

$607,020.00      $2,370.00               $2,350.02      $0.00

**Major Activities affecting case closing:**

Debtor will pay $2370 over four months at @ $600 p/m starting in May 2011, need stipulaton order stating the same.

TFR completed for Trustee's review.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2011 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2011 | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 11-04918-PSH | |
| Case Name: | GUERRERO, ROBERTO | |
| Primary Taxpayer ID #: | ******2951 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 2/9/2011 | |
| For Period Ending: | 5/29/2012 | |

| | | |
|---|---|---|
| Trustee Name: | David Leibowitz |
| Bank Name: | Green Bank |
| Checking Acct #: | ******1801 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $600.02 | | $600.02 |
| 07/01/2011 | (7) | Roberto Guerrero | | 1124-000 | $600.00 | | $1,200.02 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.19 | $1,199.83 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.68 | $1,198.15 |
| 08/09/2011 | (7) | Roberto Guerrero | | 1124-000 | $600.00 | | $1,798.15 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.62 | $1,795.53 |
| 09/29/2011 | (7) | Roberto Guerrero | | 1124-000 | $550.00 | | $2,345.53 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.07 | $2,342.46 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.53 | $2,338.93 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $3.65 | $2,335.28 |
| 02/07/2012 | 5001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $20.82 | $2,314.46 |
| 02/07/2012 | 5002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $587.51 | $1,726.95 |
| 02/07/2012 | 5003 | Capital One Bank (USA), N.A. | Claim #: 1; Amount Claimed: 3,687.26; Amount Allowed: 3,687.26; Distribution Dividend: 33.99; | 7100-000 | | $1,253.43 | $473.52 |
| 02/07/2012 | 5004 | Dell Financial Services L.L.C. | Claim #: 2; Amount Claimed: 1,392.96; Amount Allowed: 1,392.96; Distribution Dividend: 33.99; | 7100-000 | | $473.52 | $0.00 |
| | | | **TOTALS:** | | $2,350.02 | $2,350.02 | $0.00 |
| | | | Less: Bank transfers/CDs | | $600.02 | $0.00 | |
| | | | Subtotal | | $1,750.00 | $2,350.02 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $1,750.00 | $2,350.02 | |

| For the period of 2/9/2011 to 5/29/2012 | | For the entire history of the account between 06/29/2011 to 5/29/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,750.00 | Total Compensable Receipts: | $1,750.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,750.00 | Total Comp/Non Comp Receipts: | $1,750.00 |
| Total Internal/Transfer Receipts: | $600.02 | Total Internal/Transfer Receipts: | $600.02 |
| | | | |
| Total Compensable Disbursements: | $2,350.02 | Total Compensable Disbursements: | $2,350.02 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,350.02 | Total Comp/Non Comp Disbursements: | $2,350.02 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-04918-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | GUERRERO, ROBERTO | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2951 | | Money Market Acct #: | ******4918 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/9/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/29/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/26/2011 | (7) | Roberto Guerreo | | 1224-000 | $600.00 | | $600.00 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.02 | | $600.02 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $600.02 | $0.00 |
| | | | **TOTALS:** | | $600.02 | $600.02 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $600.02 | |
| | | | **Subtotal** | | $600.02 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $600.02 | $0.00 | |

**For the period of 2/9/2011 to 5/29/2012**

| | |
|---|---|
| Total Compensable Receipts: | $600.02 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $600.02 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $600.02 |

**For the entire history of the account between 05/26/2011 to 5/29/2012**

| | |
|---|---|
| Total Compensable Receipts: | $600.02 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $600.02 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $600.02 |

Page No: 3

Case 11-04918  Doc 34  Filed 07/13/12  Entered 07/13/12 14:00:53  Desc Main
Document  Page 8 of 8

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No. | 11-04918-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | GUERRERO, ROBERTO | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******2951 | | Money Market Acct #: | ******4918 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/9/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/29/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,350.02 | $2,350.02 | $0.00 |

**For the period of 2/9/2011 to 5/29/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,350.02 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,350.02 |
| Total Internal/Transfer Receipts: | $600.02 |
| | |
| Total Compensable Disbursements: | $2,350.02 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,350.02 |
| Total Internal/Transfer Disbursements: | $600.02 |

**For the entire history of the case between 02/09/2011 to 5/29/2012**

| | |
|---|---|
| Total Compensable Receipts: | $2,350.02 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,350.02 |
| Total Internal/Transfer Receipts: | $600.02 |
| | |
| Total Compensable Disbursements: | $2,350.02 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,350.02 |
| Total Internal/Transfer Disbursements: | $600.02 |